## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 2:08-CR-92-DBH |
| CHARLES SMALL, JR., | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER ON DEFENDANT'S MOTIONS

The motions to alter or modify sentence are **DENIED**. I have no authority to alter a sentence once imposed, as Mr. Small has requested. However, at my request this District's Probation Office has contacted Mr. Small's case manager at BOP and I understand that part of what Mr. Small desires may be accomplished through his assignment to a halfway house in Maine before Christmas.

The motion for sentencing transcripts is also **DENIED**, as there is no need for a transcript in the absence of a motion under 28 U.S.C. § 2255.

**SO ORDERED.**

DATED THIS 4TH DAY OF SEPTEMBER, 2014

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**